IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY RICHARDS, FANTASIA BROWN, JOHN THOMAS HENRY, and JOSEPH NED JR., | Case No. 14-03296 RS<br><br>**ORDER** |
| Plaintiffs, | |
| v. | |
| SHAUN DONOVAN, Secretary, U.S. Department of Housing and Urban Development; OPHELIA BASGAL, Regional Administrator, San Francisco Regional Office of the Department of Housing and Urban Development; BARBARA SMITH, Acting Executive Director, San Francisco Housing Authority; and NICOLE T. McCRAY, Acting Director, Section 8 Housing Choice Voucher Program, San Francisco Housing Authority, | |
| Defendants. | |
| _____/ | |

Plaintiffs, appearing here without the benefit of counsel, filed a complaint on July 21, 2014, which will be construed as (1) a request to proceed in forma pauperis; (2) a motion to appear by telephone at all hearings; (3) an ex parte motion for a temporary restraining order; (4) a motion for a preliminary injunction; and (5) a complaint for injunctive relief and civil damages. The request by

plaintiff Larry Richards to proceed in forma pauperis was granted and the complaint found, at least at this initial stage, to comply with the minimum requirements set forth in 28 U.S.C. § 1915(e)(2). (Dkt. No. 4.) The U.S. Marshal for the Northern District of California was, therefore, ordered to serve, without prepayment of fees, a copy of the complaint and associated materials upon the defendants.

Although the complaint alleged several grounds upon which plaintiffs sought immediate ex parte relief, it also reported that Richards expected some relief the following day. His request for a temporary restraining order may, therefore, already be moot. Nevertheless, defendants are hereby ordered to file a response to the complaint on or before August 8, 2014. Upon receipt of defendants' response, the court will instruct the parties of the schedule for any further proceedings.

IT IS SO ORDERED.

Dated: July 25, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE