IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY RICHARDS, FANTASIA BROWN, JOHN THOMAS HENRY, and JOSEPH NED JR., <br><br> Plaintiffs, <br> v. <br><br> SHAUN DONOVAN, Secretary, U.S. Department of Housing and Urban Development; OPHELIA BASGAL, Regional Administrator, San Francisco Regional Office of the Department of Housing and Urban Development; BARBARA SMITH, Acting Executive Director, San Francisco Housing Authority; and NICOLE T. McCRAY, Acting Director, Section 8 Housing Choice Voucher Program, San Francisco Housing Authority, <br><br> Defendants. <br> _____/ | **Case No. 14-03296 RS** <br><br> **ORDER RE STATUS** |

On July 28, 2014, plaintiff Larry Richards informed the court that the original complaint was filed in error and requested 30 days to file an amended complaint. Richards request was granted; however, no amendment has been received. Accordingly, no later than September 15, 2014, Richards shall file either (1) a voluntary dismissal of this action; (2) an amended complaint; or (3) a

statement that he intends to stand on the original complaint. If Richards fails to file anything, this action will be dismissed without further notice for failure to prosecute. In the event that Richards files either an amended complaint or a statement that he elects not to amend, the date of such filing shall trigger defendant's obligation to respond pursuant to Rule 12 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: September 2, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE